# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

MARK COLSTON,

    Plaintiff,

v.

GABRIEL CRAMER,

    Defendant.
    _____/

CASE NO. 07-CV-12726

DISTRICT JUDGE THOMAS LUDINGTON
MAGISTRATE JUDGE CHARLES BINDER

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

### I. RECOMMENDATION

For the reasons set forth below, **IT IS RECOMMENDED** that this case be *sua sponte* **DISMISSED WITH PREJUDICE** because it is duplicative of case number 06-CV-14842, which was dismissed with prejudice on June 7, 2007.

### II. REPORT

    A.    Introduction

Plaintiff Mark Colston is a state prisoner who is currently incarcerated by the Michigan Department of Corrections ("MDOC") at its Hiawatha Correctional Facility in Kincheloe, Michigan. On June 26, 2007, Plaintiff filed this *pro se* civil rights action against Gabriel Cramer, a former corrections officer.[1] The case was originally assigned to United States District Judge Robert H. Cleland, Plaintiff's application to proceed without prepayment of fees was granted pursuant to the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(1), and service on

---

[1] I note that this is the fourth case Plaintiff has filed against Gabriel Cramer. (*See* E.D. Mich. case nos. 06-CV-14842, 07-CV-11061, and 07-CV-12221 (dismissed as duplicative of 07-CV-11061).)

Defendant Cramer was ordered. To date, Defendant Cramer has not filed an answer, and a Clerk's Entry of Default was docketed on March 18, 2008.

On March 24, 2008, the case was reassigned to United States District Judge Thomas L. Ludington as a possible companion case to 06-CV-14842. On April 7, 2008, all pretrial matters were referred to the undersigned magistrate judge. After reviewing the complaint in accordance with the Court's duty under 28 U.S.C. § 1915(e)(2), a Report and Recommendation is warranted.

**B.      Discussion**

In this case, Plaintiff alleges that in March and April of 2005, Defendant Gabriel Cramer, who was a corrections officer at the facility where Plaintiff had previously been housed, mailed him "some letters and a money order with the intended purpose of Correctional Officials at Hiawatha Correctional Officials [sic] intercepting them and using them to label him a problem to security." (Compl. ¶ 3.)

Plaintiff, however, has already filed a civil rights action against the same defendant involving the same allegations of unconstitutional conduct, which was dismissed with prejudice on June 7, 2007. *See Colston v. Cramer*, Case No. 06-CV-14842. Accordingly, I suggest that the instant action must be dismissed as duplicative. A suit is duplicative, and therefore subject to dismissal, if the claims, parties, and available relief do not significantly differ between the two actions. *See, e.g., Barapind v. Reno*, 72 F. Supp. 2d 1132, 1145 (E.D. Cal. 1999). The instant action is duplicative of Plaintiff's prior civil rights action where he likewise alleged that Defendant Cramer sent him letters and a money order in March 2005 with the intended purpose that corrections officials intercept them and label him a threat to security. (Case No. 06-CV-14842, Compl. ¶¶ 2, 8.) Thus, because Plaintiff is suing the same Defendant and raising

similar claims in both cases, it is recommended that the Court dismiss this second case as duplicative.

III. **REVIEW**

The parties to this action may object to and seek review of this Report and Recommendation within ten (10) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed.2d 435 (1985); *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). The parties are advised that making some objections, but failing to raise others, will not preserve all the objections a party may have to this Report and Recommendation. *Willis v. Sec'y of Health & Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

          s/ *Charles E. Binder*
          CHARLES E. BINDER
Dated: April 15, 2008           United States Magistrate Judge

**CERTIFICATION**

I hereby certify that this Report and Recommendation was electronically filed this date, served on Mark Colston, #230362, at Hiawatha Correctional Facility, 4533 W. Industrial Park Dr., Kincheloe, MI, 49786-1638, by first class mail, and served on District Judge Ludington in the traditional manner.

Date: April 15, 2008           By    s/Jean L. Broucek
          Case Manager to Magistrate Judge Binder